IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CV-159-GCM

GARY SURGEON,
        Plaintiff,

v.

CHARTER COMMUNICATIONS, INC.,
        Defendant.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Daniel H. Gaynor,** filed June 26, 2017 [doc. # 10].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Gaynor is admitted to appear before this court *pro hac vice* on behalf of Defendant, Charter Communications, Inc..

**IT IS SO ORDERED.**

Signed: June 27, 2017

Graham C. Mullen
United States District Judge