IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:17-cv-159

GARY SURGEON,

    Plaintiff,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

**Stipulation of Dismissal Without Prejudice**
[F.R.C.P. 41(a)(1)(A)(ii)]

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that all claims in the above-captioned action are voluntarily dismissed *without prejudice* pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted, this the 13th day of December, 2017.

| | |
|---|---|
| */s/ Karl S. Gwaltney*<br>EDWARD H. MAGINNIS<br>N.C. State Bar No. 39317<br>KARL S. GWALTNEY<br>N.C. State Bar No. 45118<br>MAGINNIS LAW, PLLC<br>4801 Glenwood Ave. Suite 310<br>Raleigh, NC 27612<br>Tel: (919) 526-0450<br>Fax: (919) 882-8763<br>emaginnis@maginnislaw.com<br>kgwaltney@maginnislaw.com<br>*Counsel for Plaintiff* | */s/ Elizabeth C. King*<br>ELIZABETH C. KING<br>N.C. State Bar No. 30376<br>CRANFILL SUMNER & HARTZOG, LLP<br>P.O. Box 27808<br>Raleigh, NC 27611<br>Tel: (919) 828-5100<br>Fax: (919) 828-2277<br>eking@cshlwa.com<br><br>Nathan D. Chapman<br>Daniel H. Gaynor<br>KABIT CHAPMAN & OZMER LLP<br>171 17th St. NW, Suite 1550<br>Atlanta, Georgia 30318<br>Tel: (404) 400-7300<br>Fax: (404) 400-7333<br>nchapman@kcozlaw.com<br>dgaynor@kcozlaw.com<br>*Counsel for Defendant* |

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:17-cv-159

| GARY SURGEON, | |
|---|---|
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| CHARTER COMMUNICATIONS, INC. | |
| Defendant. | |

The undersigned hereby certifies that on this day, a true and accurate copy of the foregoing *Stipulation of Dismissal Without Prejudice* was filed electronically via the Court's CM/ECF case management system, and served via the Court's CM/ECF case management system upon the following counsel who are ECF participants who have appeared in this matter:

| Elizabeth C. King | Daniel H. Gaynor | Nathan D. Chapman |
|---|---|---|
| eking@cshlaw.com | dgaynor@kcozlaw.com | nchapman@kcozlaw.com |

This the 13th day of December, 2017.

                                                               **MAGINNIS LAW, PLLC**
                                                               *Counsel for Plaintiff*

                                          BY:   /s/ Karl S. Gwaltney